Eduardo Ruiz (SBN 182202)
**The Ruiz Law Office**
2341 E. Ashlan Avenue
Fresno, California 93726
Tel:  (559) 229-4900
Fax: (559) 229-4990

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:15-CR-00345-LJO-SKO |
| Plaintiff, ) | **STIPULATION AND ORDER TO RESCHEDULE CHANGE OF PLEA HEARING** |
| v. ) | |
| GUILLERMO ANTUNA-DELREAL, ) | Courtroom 4, 7th Floor |
| Defendant. ) | Honorable Lawrence J. O'Neil |

  IT IS HEREBY STIPULATED by and between Benjamin B. Wagner. United States Attoenry and Vincenza Rabenn, Assistant U.S. Attorney and Eduardo Ruiz, attorney for defendant, Guillermo Antuna-Delreal, that the Change of Plea Hearing currently scheduled for May 16, 2016 at 8:30a.m. be continued to June 6, 2016 at 8:30a.m. Good Cause exists for this continuance for Defense Counsel to review written plea agreement with defendant.

  The parties stipulate that time will be excluded until the change of plea set for June 6, 2016 in the interests of justice pursuant to 18 USC 1361(h)(1)(F), and 18 USC section 3161 (h)(8)(A).

STIPULATION AND ORDER TO RESCHEDULE CHANGE OF PLEA HEARING - 1

                                            Respectfully submit,

DATED: May 13, 2016                        BENJAMIN B. WAGNER
                                                United States Attorney

                                     By     /s/ Vincenza Rabenn
                                                VINCENZA RABENN
                                                Assistant U.S. Attorney

DATED: May 13, 2016                        /s/ Eduardo Ruiz
                                                EDUARDO RUIZ
                                                Attorney for Defendant
                                                GUILLERMO ANTUNA-DELREAL

## ORDER

**EVEN WITH THE SUPPLEMENTAL INFORMATION TO JUSTIFY THE CONTINUANCE, THE REASON FOR THE CONTINUANCE IS THAT THE DEFENDANT IS HOUSED KERN COUNTY AND DEFENSE COUNSEL DIDN'T GET THE REVIEW COMPLETED.  THIS IS NOT GOOD CAUSE,  FUTURE REQUESTS WILL NOT BE GRANTED WITHOUT TRUE GOOD LEGAL AND FACTUAL CAUSE.**

    IT IS SO ORDERED.

        Dated:  **May 13, 2016**       **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE